IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOHN and PATRICIA TURNER, | ) ) ) | |
| Plaintiffs, | ) ) | No. 1:17-cv-159 |
| v. | ) ) | Honorable Milton I. Shadur |
| CITGO PETROLEUM CORPORATION and PDV MIDWEST REFINING, L.L.C., | ) ) ) ) | Magistrate Judge Susan E. Cox |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

The parties stipulate and agree under Fed. R. Civ. P. 41(a)(1)(A)(ii) that PDV Midwest Refining, L.L.C. (incorrectly named as PDV Midwest Refining LLC) is dismissed without prejudice and shall be removed from the case caption.

Respectfully submitted,

| JOHN AND PATRICIA TURNER, Plaintiffs | CITGO PETROLEUM CORPORATION and PDV Midwest Refining, L.L.C., Defendants |
|---|---|
| By: /s/ Frank P. Andreano       One of Their Attorneys | By: /s/ James W. Joseph       One of Their Attorneys |
| Frank P. Andreano<br>ANDREANO & LYONS<br>58 N. Chicago Street, Suite 506<br>Joliet, IL 60432<br>(815) 242-2000<br>frank@andreanolaw.com | James W. Joseph<br>EIMER STAHL LLP<br>224 S. Michigan Ave., Suite 1100<br>Chicago, IL 60604<br>(312) 660-7600<br>jjoseph@eimerstahl.com |

Dated: January 23, 2017